UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARY JOAN FORESTI and DENNIS FORESTI,
                              Plaintiffs,


         -v-                                                6:05 -CV-807


J.C. PENNEY COMPANY, INC.
                              Defendant.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


J.C. PENNEY CORPORATION, INC.,
                              Third-Party Plaintiff,
              vs

USI SERVICES GROUP, INC.,
                              Third-Party Defendant.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge


**O R D E R**

  Pursuant to the oral decision of the Court, entered into the record after hearing oral

argument on July 13, 2007, in Utica, New York, it is hereby

  ORDERED that third-party defendants' motion for summary judgment is DENIED.

  IT IS SO ORDERED.


_____
United States District Judge



Dated:  July 13, 2007
   Utica, New York.